**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRITTNEY ALYZOUD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2018-R** |
| | ) | |
| **CITY OF CHOCTAW, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendants' Motion to Dismiss [Doc. 6]. During the pendency of the Motion, Plaintiff filed an Amended Complaint [Doc. 7]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted). Accordingly, Defendants' Motion to Dismiss is denied without prejudice to refiling, if appropriate.

IT IS SO ORDERED this 30th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE